

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01083-CV

**LITTON FULLER GROUP**,
Appellant

v.

Carlton **CLARDY JONES** as Trustee for the Jones Carlton & Shirley Family Trust Dated
January 25, 1990, as Restated on August 8, 2006 and Shirley Mann Jones Bypass Trust Dated
January 20, 2007,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI21138
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: February 7, 2024

DISMISSED FOR LACK OF JURISDICTION

On December 18, 2023, appellant filed a notice of appeal stating its intent "to appeal the trial court decision, memorialized in the attached 'Judge's Notes,' denying Defendant Litton Fuller Group's Special Appearance signed and filed on November 29, 2023." The clerk's record was filed on January 4, 2024. Although the clerk's record contains the referenced Judge's Notes, the clerk's record does not contain an order denying appellant's special appearance. *See Gomez v. Stilley*, No. 04-23-00129-CV, 2023 WL 2591495, at *1 (Tex. App.—San Antonio Mar. 22, 2023,

no pet.) (mem. op.) (noting judge's notes do not constitute an appealable order). Because the record contained no appealable order, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant responded to our order explaining it did "not disagree or contest this Court's assessment regarding jurisdiction."

Accordingly, this appeal is dismissed for lack of jurisdiction.


PER CURIAM